**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ESTATE OF ANTHONY K. BROWN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 08-cv-531 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

**ORDER AND JUDGMENT**

In accordance with the Memorandum Opinion issued this date, it is hereby

ORDERED that final judgment is entered in favor of all plaintiffs (except Evelyn Sue

Spears-Elliot, James S. Spears, Mark Spears, and Sean Kirkpatrick) and against all defendants; it

is furthermore

ORDERED that plaintiffs are awarded $183,281,294 in compensatory damages and

$630,487,651 in punitive damages, for a total award of $813,768,945 to be distributed as

follows:

| Plaintiff Name | Pain and Suffering | Economic Loss | Solatium | Punitive | Totals |
|---|---|---|---|---|---|
| Joseph A. Barile | $1,500,000 | $2,603,130 | $0 | $14,114,767 | $18,217,897 |
| Angela E. Barile | $0 | $0 | $850,000 | $2,924,000 | $3,774,000 |
| Michael Barile | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Andrea Ciarla | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Ann Marie Moore | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Angela Yoak | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| John Becker | $1,500,000 | $1,389,677 | $0 | $9,940,489 | $12,830,166 |
| Estate of Anthony K. Brown | $0 | $796,923 | $0 | $2,741,415 | $3,538,338 |
| John Brown | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Rowel Brown | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Sulba Brown | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |

| | | | | | |
|---|---|---|---|---|---|
| Vara Brown | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Marvine McBride | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| LaJuana Smith | $0 | $0 | $3,000,000 | $10,320,000 | $13,320,000 |
| Rodney E. Burns | $2,000,000 | $448,157 | $0 | $8,421,660 | $10,869,817 |
| Eugene Burns | $0 | $0 | $850,000 | $2,924,000 | $3,774,000 |
| David Burns | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Jeannie Scaggs | $0 | $0 | $850,000 | $2,924,000 | $3,774,000 |
| Daniel Cuddeback, Jr. | $5,000,000 | $1,230,049 | $0 | $21,431,369 | $27,661,418 |
| Barbara Cuddeback | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Daniel Cuddeback, Sr. | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Michael Episcopo | $1,500,000 | $555,978 | $0 | $7,072,564 | $9,128,542 |
| Randy Gaddo | $5,000,000 | $180,633 | $0 | $17,821,378 | $23,002,011 |
| Louise Gaddo Blattler | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Peter Gaddo | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Timothy Gaddo | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| Estate of William R. Gaines, Jr. | $0 | $2,580,273 | $0 | $8,876,139 | $11,456,412 |
| Michael A. Gaines | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| William R. Gaines, Sr. | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Carolyn Spears | $0 | $0 | $1,000,000 | $3,440,000 | $4,440,000 |
| Carole Weaver | $0 | $0 | $8,000,000 | $27,520,000 | $35,520,000 |
| Estate of Virgel Hamilton | $0 | $2,967,024 | $0 | $10,206,563 | $13,173,587 |
| Gloria Hamilton | $0 | $0 | $9,000,000 | $30,960,000 | $39,960,000 |
| Bruce S. Hastings | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Maynard Hodges | $1,500,000 | $1,297,628 | $0 | $9,623,840 | $12,421,468 |
| Mary Jean Hodges | $0 | $0 | $850,000 | $2,924,000 | $3,774,000 |
| Kathy Hodges | $0 | $0 | $1,000,000 | $3,440,000 | $4,440,000 |
| Loretta Brown | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Cindy Holmes | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Shana Saul | $0 | $0 | $750,000 | $2,580,000 | $3,330,000 |
| Daniel Joy | $2,500,000 | $2,036,318 | $0 | $15,604,934 | $20,141,252 |
| Daniel Kremer | $1,500,000 | $1,936,414 | $0 | $11,821,264 | $15,257,678 |
| Estate of Thomas Kremer | $0 | $0 | $850,000 | $2,924,000 | $3,774,000 |
| Estate of Christine Kremer | $0 | $0 | $850,000 | $2,924,000 | $3,774,000 |
| Joseph T. Kremer | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Jacqueline Stahrr | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Estate of David A. Lewis | $0 | $812,093 | $0 | $2,793,600 | $3,605,693 |
| Betty Lewis | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Jerry L. Lewis | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Scott M. Lewis | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Paul Martinez, Sr. | $1,500,000 | $180,633 | $0 | $5,781,378 | $7,462,011 |
| Teresa Gunther | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |

| | | | | | |
|---|---|---|---|---|---|
| Alphonso Martinez | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Daniel L. Martinez | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Michael Martinez | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Paul Martinez, Jr. | $0 | $0 | $750,000 | $2,580,000 | $3,330,000 |
| Tomasita L. Martinez | $0 | $0 | $850,000 | $2,924,000 | $3,774,000 |
| Esther Martinez-Parks | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Susanne Yeoman | $0 | $0 | $500,000 | $1,720,000 | $2,220,000 |
| Estate of Jeffrey B. Owen | $0 | $725,145 | $0 | $2,494,499 | $3,219,644 |
| Jean G. Owen | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Steven Owen | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of Michael L. Page | $7,500,000 | $1,885,467 | $0 | $32,286,006 | $41,671,473 |
| Albert Page | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Janet Page | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Joyce Clifford | $0 | $0 | $1,250,000 | $4,300,000 | $5,550,000 |
| David Penosky | $1,500,000 | $2,302,057 | $0 | $13,079,076 | $16,881,133 |
| Joseph Penosky | $0 | $0 | $750,000 | $2,580,000 | $3,330,000 |
| Christian R. Rauch | $1,500,000 | $296,398 | $0 | $6,179,609 | $7,976,007 |
| Leonard Paul Tice | $1,500,000 | $3,123,953 | $0 | $15,906,398 | $20,530,351 |
| Estate of Burton Wherland | $0 | $1,733,344 | $0 | $5,962,703 | $7,696,047 |
| Gregory Wherland | $0 | $0 | $3,000,000 | $10,320,000 | $13,320,000 |
| Kimmy Wherland | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Sarah Wherland | $0 | $0 | $3,000,000 | $10,320,000 | $13,320,000 |
| Sharon Davis | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Charles F. West | $0 | $0 | $5,000,000 | $17,200,000 | $22,200,000 |
| Charles H. West | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |
| Rick West | $0 | $0 | $2,500,000 | $8,600,000 | $11,100,000 |

ORDERED that defendants Islamic Republic of Iran and The Iranian Ministry of Information and Security shall be liable, jointly and severally, for the entire $813,768,945 amount; it is furthermore

ORDERED that the claims of Evelyn Sue Spears-Elliot, James S. Spears, Mark Spears, and Sean Kirkpatrick are hereby DISMISSED WITH PREJUDICE; it is furthermore

ORDERED that plaintiffs' request for prejudgment interest is DENIED; it is furthermore

ORDERED that plaintiffs shall forthwith, at their own cost and consistent with the

3

requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the

Memorandum Opinion issued this date, to defendants.

This is a final, appealable order. *See* Fed. R. App. P. (4)(a).

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth on July 3, 2012.